IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 16-cv-00109-WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. $8,274.73 SEIZED FROM ACADEMY BANK ACCOUNT NO. 1428719,
2. $5,110.15 SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 6983529600,
3. $45,347.95 SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 7983894911,
4. $4,615.70 SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 8381651929,
5. WEDDING RING SET, SERIAL NO. 13L0MDK,
6. PRINCESS CUT DIAMOND, SERIAL NO. 13J0UPD,
7. 2015 GMC SIERRA, VIN: 1GT22YEGXFZ101543,
8. 2014 TOYOTA 4RUNNER, VIN: JTEBU5JR0E5185132,
9. 2014 LEXUS IS250, VIN: JTHBF1D22E5043546,
10. 2014 HARLEY DAVIDSON MOTORCYCLE FLSTN103, VIN: 1HD1JDV10EB035805,**
11. 1770 SOUTH NORFOLK STREET, AURORA, COLORADO,

    Defendants.

---

## ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM*

---

THIS MATTER comes before the Court on the United States' Verified Complaint for Forfeiture In Rem, and the Court being fully apprised, FINDS that the Court has jurisdiction over the following defendant assets, that there is probable cause to believe the defendant assets are subject to forfeiture, and that a Warrant for Arrest of the defendant assets should enter:

    a.    $8,274.73 SEIZED FROM ACADEMY BANK ACCOUNT NO. 1428719,
    b.    $5,110.15 SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 69835

29600

  c. $45,347.95 SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 7983894911,
  d. $4,615.70 SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 8381651929,
  e. WEDDING RING SET, SERIAL NO. 13L0MDK,
  f. PRINCESS CUT DIAMOND, SERIAL NO. 13J0UPD,
  g. 2015 GMC SIERRA, VIN: 1GT22YEGXFZ101543,
  h. 2014 TOYOTA 4RUNNER, VIN: JTEBU5JR0E5185132,
  i. 2014 LEXUS IS250, VIN: JTHBF1D22E5043546, and
  j. 2014 HARLEY DAVIDSON MOTORCYCLE FLSTN103, VIN: 1HD1JDV10EB035805.

  IT IS THEREFORE ORDERED that the Clerk of the Court shall enter a Warrant for Arrest of Property In Rem and that the United States Marshals Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the above-referenced defendant assets as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

  IT IS FURTHER ORDERED that the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the defendant assets must file a Claim and an Answer to the Complaint with the Court, and serve copies of same to the Assistant United States Attorney, to the addresses listed below:

| | |
|---|---|
| Clerk of the United States District Court<br>901 19th Street<br>Denver, Colorado 80294 | Tonya S. Andrews<br>Assistant United States Attorney<br>United States Attorney's Office<br>1225 17th Street, Suite 700<br>Denver, Colorado  80202 |

Dated:  January 21, 2016

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE